UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 12-9250 |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | |
| Kathleen Graham | : | ORDER OF RELEASE |
| | : | |

    The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

    (X) Reporting, as directed, to U.S. Pretrial Services;

    (X) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

    (X) Mental Health testing/treatment as directed by U.S. Pretrial Services:

    (X) The defendant shall appear at all future court proceedings;

    ( ) Other: _____

_____       12-5-12
DEFENDANT                                       DATE

    It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

12/5/12
DATE